THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| DEBRA LAMMON, Individually and As Next Friend of her Minor Son X, | § § § § § § § § § § § § § § | |
| Plaintiffs, | | |
| v. | | Civil Action No. 4:14-cv-01853 |
| GALVESTON INDEPENDENT SCHOOL DISTRICT, et al. | | |
| Defendants. | | |

## ORDER

Pending before the Court is Defendants Galveston Independent School District, John W. Ford, Terry Dick, Linda Hornbeck Dolfi, Weez Doherty, Michael B. Hughes, David H. O'Neal, Jr., Barry Rochkind, Lynn Hale, and Martha Carol Emerson's (collectively, the GISD Defendants) Motion to Sever and Enter Final Judgment. Upon consideration of the Motion, it is the opinion of this Court that it should be GRANTED. It is therefore, ORDERED, as follows:

- The GISD Defendants' Motion to Sever and Enter Final Judgment is GRANTED.

- The severed ~~action involving Plaintiffs'~~ claims against Defendant Curmit Thomas Hatcher ~~is hereby assigned cause number~~ will remain pending under the same cause number.

- FINAL JUDGMENT is hereby entered ~~in cause number _____~~ in favor of the GISD Defendants, dismissing Plaintiffs' claims against the GISD Defendants with prejudice. All other relief not expressly granted herein is denied.

Signed June 2, 2015

Vanessa D. Gilmore