UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DEBRA LAMMON, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:14-CV-1853 |
| GALVESTON INDEPENDENT SCHOOL DISTRICT BY AND THROUGH THE BOARD OF TRUSTEES OF GALVESTON INDEPENDENT SCHOOL DISTRICT, *et al*, | § § § § § § § § |
| Defendants. | § |

## ORDER OF DISMISSAL

In accordance with the Voluntary Notice of Dismissal against Defendant Curmit Thomas Hatcher filed on September 4, 2015 (docket entry no. 43), this action is DISMISSED without prejudice as to Defendant Curmit Thomas Hatcher pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

THIS IS A FINAL JUDGMENT.

The Clerk will enter this Order and provide all parties a true copy.

SIGNED on this ____ day of September, 2015, at Houston, Texas.

**VANESSA D. GILMORE**
**UNITED STATES DISTRICT JUDGE**